United States District Court
Southern District of Texas
**ENTERED**
October 27, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MICHAEL GERSTMANN, | CIVIL ACTION NO.: 4:19-CV-4470 |
| PLAINTIFFS, | |
| VERSUS | DISTRICT JUDGE: DAVID HITTNER |
| TOTAL SAFETY U.S., INC. | |
| DEFENDANT. | |

## ORDER

Considering the Joint Stipulation of Dismissal filed by Plaintiff, Michael Gerstmann, and Defendant, Total Safety U.S., Inc.:

**IT IS HEREBY ORDERED** that the forgoing matter is **DISMISSED** with prejudice, each party bearing its own attorneys' fees and costs. This Court will retain jurisdiction for the limited purpose of enforcing the agreement.

Signed in Houston, Texas, this **26** day of **Oct**, 2020.

_____
THE HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE

{N4107138.1}                                                1